UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

| | |
|---|---|
| IN RE: | BCN#:   18-20102 |
| RACHEL H. PALMER | Chapter   13 |
| Debtor | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR REPERFORMING LOAN REMIC TRUST CERTIFICATES, SERIES 2003-R1 and its assignees and/or successors in interest, | **NOTICE OF DEFAULT** |
| Movant/Secured Creditor | |
| v. | |
| RACHEL H. PALMER | |
| Debtor Respondents | |

    I, the undersigned attorney and Agent for WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR REPERFORMING LOAN REMIC TRUST CERTIFICATES, SERIES 2003-R1, hereby certify, to the best of my knowledge, information, and belief, that the following is true and correct;

    1.    On March 16, 2020 this Court entered an Order in the above-styled case providing that the debtor was to have cured all post-petition arrearages. The Order also states that in the event that the Debtor should fail to make the payments by the dates in accordance with the terms of said order, by the dates indicated or if the Debtor should default in making future monthly, post-petition payments, the movant may file with this Court and mail to all interested parties, a notice describing the alleged default.

    2.    As April 10, 2020, the Movant has not received the post-petition payments that were due as follows:

| | |
|---|---|
| March 1, 2020 to April 1, 2020 regular monthly payment at $553.54: | $1,107.08 |
| March 15, 2020 regular monthly stip payment at | $446.91 |

$446.91:

| | |
|---|---:|
| Suspense/Unapplied Balance | $(446.91) |
| BK Attorney Fees | $100.00 |

    3.    The present amount necessary to cure this default is $1,207.08 through April 10, 2020.

    4.    This Notice Of Default is being filed in accord with the Court Order of March 16, 2020, the Order stipulating that the default must be cured within 12 days of the mailing of this notice, or that a response must be filed to said notice denying the default and requesting a hearing.

SHAPIRO & BROWN, LLP
Attorney for Movant

By: /s/ Malcolm B. Savage, III
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Kristine D. Brown, Esquire
Federal I.D. Bar No. 14961
Zohaib Ahmed, Esquire
Federal I.D. Bar No. 21167
Kimberly F. Outlaw, Esquire
Federal I.D. Bar No. 21186
Gregory N. Britto, Esquire
Federal I.D. Bar No. 22531
Malcolm B. Savage, III, Esquire
Federal I.D. Bar No. 20300
SHAPIRO & BROWN, LLP
Shapiro & Brown, LLP
10021 Balls Ford Road, Suite 200
Manassas, Virginia 20109
(703) 449-5800
ecf@logs.com

17-271146

CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of April, 2020, the following person(s) were served a copy of the foregoing Notice in the manner described below:

Via CM/ECF Electronic Notice

| | |
|---|---|
| KIM D. PARKER<br>2123 MARYLAND AVENUE<br>BALTIMORE, MD 21218 | Debtor's Attorney |
| Robert S. Thomas, II<br>300 E Joppa Road, Suite 409<br>Towson, MD 21286 | Chapter 13 Trustee |

Via First Class Mail, Postage Prepaid:

| | |
|---|---|
| Rachel H Palmer<br>11 S. Rosedale Street<br>Baltimore, MD 21229 | Debtor(s) |

/s/ Malcolm B. Savage, III
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Kristine D. Brown, Esquire
Federal I.D. Bar No. 14961
Zohaib Ahmed, Esquire
Federal I.D. Bar No. 21167
Kimberly F. Outlaw, Esquire
Federal I.D. Bar No. 21186
Gregory N. Britto, Esquire
Federal I.D. Bar No. 22531
Malcolm B. Savage, III, Esquire
Federal I.D. Bar No. 20300
SHAPIRO & BROWN, LLP
10021 Balls Ford Road, Suite 200
Manassas, VA 20109
(703) 449-5800     17-271146